UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MELISSA GUFFY, on behalf of RODNEY GUFFY, deceased, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 1:11-cv-00752-SEB-DKL |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) ) ) | |
| Defendant. | ) | |

**JUDGMENT**

The Court, having issued its Entry deeming Plaintiff disabled and remanding this case to the Commissioner for an award of benefits, now, and in accordance with Federal Rule of Civil Procedure 58, enters judgment in favor of Plaintiff and against Defendant. The Commissioner shall make a timely award of benefits to Plaintiff consistent with the Court's Entry.

**IT IS SO ORDERED.**

Date: __09/17/2012_ _

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

1

Copies to:

SSA (Court Use Only)
ch.il.ogc.sdindiana@ssa.gov

Timothy J. Vrana
tim@timvrana.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov